## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10521 FFM | Date | August 13, 2012 |
|---|---|---|---|
| Title | JUAN MUNOZ v. MICHAEL J. ASTRUE, Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

The Court is in receipt of "Defendant's Notice of Non-receipt of Plaintiff's Initial Portion of Joint Stipulation and Declaration," filed August 9, 2012.  Plaintiff is ordered to show cause in writing within 30 days of the date of this minute order why this matter should not be dismissed for failure to prosecute.  If plaintiff serves his portion of the joint stipulation on defendant within 30 days of this order, his filing of a statement to that effect will be a sufficient response to this order.

_____ : _____

Initials of Preparer      JM