UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MUNOZ, JR., | Case No. CV 11-10521 FFM |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the Order Dismissing Action Without Prejudice for Failure to Prosecute,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED:   October 11, 2012

                              /S/ FREDERICK F. MUMM
                              FREDERICK F. MUMM
                              United States Magistrate Judge